848 F.Supp. 178

TOYOTA MOTOR SALES, INC. PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND HYSTER CO., A.K.A., NACCO MATERIALS HANDLING GROUP, INC.,[1] ET AL., DEFENDANT-INTERVENOR

Consolidated Court No. 92–03–00134

(Dated March 1, 1994)

## JUDGMENT

### ORDER

CARMAN, *Judge:* This case having been duly submitted for decision and this Court, after due deliberation, having rendered a decision herein; now, in conformity with said decision, it is hereby

ORDERED that Commerce's remand determination in *Final Results of Redetermination Pursuant to Court Remand, Toyota Motor Sales, USA, Inc. and Toyo Umpanki Co., Ltd. v. United States, Court No. 92–03–00134, Court Order (July 23 1993)* (1993) is sustained; and it is further

ORDERED that this action is dismissed.

### SCHEDULE OF CONSOLIDATED CASES

*Toyo Umpanki Co., Ltd. v. United States,* Court No. 92–03–00135.